UNITED STATES of America,
Plaintiff–Appellee,

v.

Cesar MONTALVO–FRANCO,
Defendant–Appellant.

No. 06–40890.

United States Court of Appeals,
Fifth Circuit.

July 18, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.